08 JAN 30 PM 4: 41

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    '08 CR 0251   DMS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| NANCY MARYELLE GONZALEZ-TORRES, | ) Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of |
| Defendant. | ) Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

On or about January 5, 2008, within the Southern District of California, defendant NANCY MARYELLE GONZALEZ-TORRES did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.52 kilograms (25.34 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:fer:Imperial
1/28/08

<u>Count 2</u>

On or about January 5, 2008, within the Southern District of California, defendant NANCY MARYELLE GONZALEZ-TORRES did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.52 kilograms (25.34 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

*(signature)*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *(signature)*
CARLA J. BRESSLER
Assistant U.S. Attorney