1   MICHAEL J. MESSINA (SB# 92415)
    **WOODS & MESSINA**
2   550 West "C" Street, Suite 1670
    San Diego, CA 92101
3   Tel. (619) 232-1914
    Fax (619) 237-8898
4

5   Attorney for Defendant
    NANCY MARYELLE GONZALEZ-TORRES
6

7                UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                 (HON. DANA M. SABRAW)

10

11  UNITED STATES OF AMERICA,            )   Case No.:    08CR0251-DMS
                                         )
12         Plaintiff,                    )   NOTICE OF MOTION AND MOTIONS
                                         )   FOR:
13      vs.                              )
                                         )   (1)  DISCOVERY
14  NANCY MARYELLE GONZALEZ-             )   (2)  AND LEAVE TO FILE FURTHER
    TORRES,                              )        MOTIONS
15                                       )
                                         )
16         Defendant.                    )   Date:     March 7, 2008
                                         )   Time:     11:00 a.m.
17                                       )
                                         )
18  ─────────────────────────────       )

19  TO:    PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD,
           UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF
20         CALIFORNIA:

21

22         PLEASE TAKE NOTICE that at the above designated time and place defendant,

23  NANCY MARYELLE GONZALEZ-TORRES, will move the court for an order compelling

24  discovery and to suppress statements in the instant case with respect to the items set forth in the

25  attached memorandum of law, based upon the constitutional, statutory and

26

27

28

    ───────────────────────────────────────────────────────────────
    Notice of Motion and Motions for                          Case No. 08CR0251-DMS
    (1) Discovery (2) and Leave for Further Motions

                                  1

judicial authorities cited herein.  Defense counsel will further move the court for leave to file

further motions herein as may be warranted by discovery materials produced in the case.

Said motions are based upon the instant motion, the attached memorandum of law and on

such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated:  February 25, 2008          S/    MICHAEL J. MESSINA
                                   MICHAEL J. MESSINA
                                   Attorney for Defendant
                                   NANCY MARYELLE GONZALEZ-TORRES

Notice of Motion and Motions for                                    Case No. 08CR0251-DMS
(1) Discovery (2) and Leave for Further Motions