MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
NANCY MARYELLE GONZALEZ-TORRES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY MARYELLE GONZALEZ-TORRES,<br><br>　　　　　Defendant. | Case No.:　08CR0251-DMS<br><br>NOTICE OF MOTION AND MOTIONS FOR:<br><br>(1)　DISCOVERY<br>(2)　AND LEAVE TO FILE FURTHER<br>　　　MOTIONS<br><br>Date:　March 7, 2008<br>Time:　11:00 a.m. |

TO: PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above designated time and place defendant, NANCY MARYELLE GONZALEZ-TORRES, will move the court for an order compelling discovery and to suppress statements in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory and

judicial authorities cited herein.  Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

    Said motions are based upon the instant motion, the attached memorandum of law and on such evidence and argument as may be presented at the hearing on the motion.

                                      Respectfully submitted,

Dated: February 25, 2008        S/   MICHAEL J. MESSINA
                                                MICHAEL J. MESSINA
                                                Attorney for Defendant
                                                NANCY MARYELLE GONZALEZ-TORRES