UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 08CR0251-DMS |
| Plaintiff,         ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs.         ) | |
| ) | |
| NANCY MARYELLE GONZALEZ-TORRES,         ) | |
| Defendant.         ) | |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On February 25, 2008, I served the foregoing document described below as:

      NOTICE OF MOTION AND MOTIONS FOR: (1) DISCOVERY
(2) AND LEAVE TO FILE FURTHER MOTIONS
MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCOVERY
AND FOR LEAVE TO FILE FURTHER MOTIONS

By the following method:

(　) **BY MAIL**
      By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

(　) **BY FACSIMILE AND MAIL**
      I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
      The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X ) **BY PERSONAL SERVICE**    I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally

delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.

Received in their stead: _____ at:

( X ) CM/ECF

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2008, at San Diego, California.

/S/      MICHAEL J. MESSINA