1  KAREN P. HEWITT
   United States Attorney
2  NICOLE ACTON JONES
   Assistant U.S. Attorney
3  California State Bar No. 231929
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5482
   E-mail: nicole.jones@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10
    UNITED STATES OF AMERICA,          ) Criminal Case No. 08CR0251-DMS
11                                     )
              Plaintiff,                ) **GOVERNMENT'S MOTION FOR:**
12                                     )
                                       ) **RECIPROCAL DISCOVERY**
13        v.                           )
                                       ) **TOGETHER WITH STATEMENT OF FACTS**
14  NANCY MARYELLE                     ) **AND MEMORANDUM OF POINTS AND**
        GONZALEZ-TORRES,               ) **AUTHORITIES**
15                                     )
                                       ) Date:   March 7, 2008
16           Defendant.                 ) Time:   11:00 a.m.
                                       ) Court:  The Hon. Dana M. Sabraw
17                                     )
                                       )
18  _____)

19
          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
20
    Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and
21
    hereby files its Motion for Reciprocal Discovery in the above-referenced case. The said motion is based
22
    upon the files and records of this case together with the attached statement of facts and memorandum
23
    of points and authorities.
24
    / /
25
    / /
26
    / /
27
    / /
28
    / /

I

**STATEMENT OF THE CASE**

On January 30, 2008, a federal grand jury in the Southern District of California returned a two-count Indictment charging defendant Nancy Maryelle Gonzalez-Torres ("Defendant") with Importation of Methamphetamine and Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Sections 952 and 841(a)(1). On January 31, 2008, Defendant was arraigned on the Indictment and entered a plea of not guilty.

II

**STATEMENT OF FACTS**

On January 5, 2008, at approximately 2:00 p.m., Defendant entered the United States from Mexico through the Calexico West Port of Entry. Defendant was the driver, sole occupant and registered owner of the 2001 Hyundai Santa Fe she was driving. During the primary inspection, Defendant gave a negative customs declaration, stated she had owned the vehicle for 3 months and claimed she was headed to Wal-Mart in Calexico. The primary inspector observed that Defendant's hands were shaking and that she was avoiding eye contact. Defendant was sent to secondary inspection.

During the inspection in secondary, a Narcotics Detector Dog screened the vehicle and alerted to the front fenders. An x-ray of the vehicle produced also showed anomalies. Upon further inspection, twenty packages were found in both front fenders. A randomly selected package field-tested positive for methamphetamine. The net weight was approximately 11.52 kilograms or 25.34 pounds.

After being read her Miranda rights, Defendant elected to waive her rights and make a statement. Defendant denied knowledge of the methamphetamine in the vehicle. Defendant admitted, however, that she knew her boyfriend and his parents are involved in the drug business. Defendant claimed that at the time of her arrest her boyfriend was in another vehicle and that they were both watching a white Ford Explorer, which was loaded with marijuana, cross the border. Defendant stated the Explorer was registered in her name.

\\
\\
\\

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

To date, the Government has provided Defendants with 47 pages of discovery and 2 DVDs. The discovery produced includes the CBP reports, the final Report of Investigation, the Personal History Report, Defendant's rap sheet, photographs and DVDs containing a video of Defendant's post-arrest statement. Defense counsel has yet to schedule a viewing of the vehicle. The Government will produce the DEA-7 lab analysis as soon as it is received. As of the date of this filing, the Government has received no reciprocal discovery.

The Government moves the Court to order Defendant provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

### IV

### CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motion be granted.

DATED:  February 29, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Nicole Acton Jones*
NICOLE ACTON JONES
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0251-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY MARYELLE GONZALEZ-TORRES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, NICOLE ACTON JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Michael Messina

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 29, 2008.

    /s/ *Nicole Acton Jones*
    NICOLE ACTON JONES
    Assistant U.S. Attorney